OFFICE OF THE GENERAL COUNSEL
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
THOMAS C. LEE (SBN 104624)
VICTORIA R. NUETZEL (SBN 115124)
300 Lakeside Drive, 23rd Floor West
Oakland, CA 94612-3534
Tel: (510) 464-6034
Fax: (510) 464-6049
EMAIL: TLEE@BART.GOV

Attorneys for Defendant
San Francisco Bay Area Rapid Transit District

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PAUL MELKER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>　　　　Defendant. | Case No.:<br><br>CERTIFICATE OF COMPLIANCE WITH REQUIREMENT TO GIVE NOTICE OF REMOVAL |

　　　I, Victoria R. Nuetzel, state:

　　　I am an attorney licensed to practice in the above captioned court. I am employed by the Office of the General Counsel of San Francisco Bay Area Rapid Transit District ("BART") and am one of the attorneys of record for defendant BART in the above captioned matter.

　　　I certify that in compliance with 28 U.S.C §1446(d), a copy of the Notice of Removal of this action was filed with the Alameda County Superior Court Clerk on July 23, 2007.

　　　I further certify that in compliance with the requirements of 28 U.S.C. §1446(d), written notice of the removal was provided to plaintiff, the only other party to this action. A copy of the Notice of Removal, filed in this court, was attached to said notice. Notice was provided to counsel for plaintiff by mail on July 23, 2007.

- 2 -

1   I declare under penalty of perjury under the laws of the United States that the foregoing is true
2   and correct, is within my personal knowledge and if called upon to testify I could testify competently
3   thereto,
4   Dated this 24th day of July, 2007 in Oakland, California.

6                                                                /s/ Victoria R. Nuetzel
                                                                 Victoria R. Nuetzel

53145.1

- 2 -

CERTIFICATE OF COMPLIANCE RE: NOTICE