1  OFFICE OF THE GENERAL COUNSEL
   SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
2  THOMAS C. LEE (SBN 104624)
   VICTORIA R. NUETZEL (SBN 115124)
3  300 Lakeside Drive, 23rd Floor West
   Oakland, CA 94612-3534
4  Tel: (510) 464-6034
   Fax: (510) 464-6049
5  EMAIL: TLEE@BART.GOV

6  Attorneys for Defendant
   San Francisco Bay Area Rapid Transit District

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MELKER,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>    Defendant. | Case No.: C07-03762 BZ<br><br>PROOF OF SERVICE<br>OF CASE MANAGEMENT ORDER &<br>RELATED DOCUMENTS |

At the time of service I was 18 years of age and not a party to this action. My business address is 300 Lakeside Drive, 23rd Floor, Oakland, County of Alameda, California.

On July 27, 2007, I served the following documents:

1. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

2. The Handbook entitled "Dispute Resolution Procedures in the Northern District of California;

3. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

4. Blank CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;

- 1 -

C07-03762 BZ  PROOF OF SERVICE

53302v1

5. Blank DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;

6. Standing Orders [Bernard Zimmerman, United States Magistrate Judge]

7. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

8. An unsigned copy of this CERTIFICATE OF SERVICE BY U.S. MAIL.

I served the documents on the person below:

>Michael C. Cohen
>Law Offices of Michael C. Cohen
>1814 Franklin Street, Suite 900
>Oakland, CA  94612
>
>Attorney for Plaintiff, Paul Melker

The documents were served by the following means (specify):

☒ **By United States mail.** I enclosed the documents in a sealed envelope addressed to the person at the address above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with this United States Postal Service, in a sealed envelope with postage fully prepaid. I am employed in the county where the mailing occurred. The envelope was placed in the mail at Oakland, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Victoria R. Nuetzel | /s/ Victoria R. Nuetzel |
|---|---|
| (Type or Print Name of Declarant) | (Signature of Declarant) |