OFFICE OF THE GENERAL COUNSEL
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
THOMAS C. LEE (SBN 104624)
VICTORIA R. NUETZEL (SBN 115124)
300 Lakeside Drive, 23rd Floor West
Oakland, CA 94612-3534
Tel: (510) 464-6034
Fax: (510) 464-6049
EMAIL: TLEE@BART.GOV

Attorneys for Defendant
San Francisco Bay Area Rapid Transit District

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL MELKER,

    Plaintiff,

vs.

SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,

    Defendant.

Case No.: C07-03762 BZ

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 27, 2007

    Respectfully submitted,

    OFFICE OF THE GENERAL COUNSEL
    SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT


    By    /S/ VICTORIA R. NUETZEL
      Victoria R. Nuetzel, Counsel for Defendant
      San Francisco Bay Area Rapid Transit District

- 1 -

C07-03762 BZ  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

53302v1