```
1  Michael C. Cohen, Esq., Bar No. 65487
   LAW OFFICES OF MICHAEL C. COHEN
2  1814 Franklin Street, Suite 900
   Oakland, CA 94612
3  (510) 832-6436

4  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| PAUL MELKER, | Case No. C-07-3762 MMC |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE OF CASE MANAGEMENT CONFERENCE ORDER, STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; REASSIGNMENT ORDER; NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, aka BART, DOES 1 to 10, | |
| Defendants. | |

Dated: August 16, 2007         LAW OFFICES OF MICHAEL C. COHEN


                               By:_____/s/_____
                                  MICHAEL C. COHEN,
                                  Attorney for Plaintiff

-1-