|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, Michael C. Cohen, declare that: |

I am employed in the County of Alameda, City of Oakland, California. I am over the age of 18 years and not a party to the within cause; my business address is 1814 Franklin Street, Suite 900, Oakland, CA 94612.

On August 16, 2007, I served the attached:

**Case Management Order; Standing Order For Civil Cases Assigned To The Honorable Maxine M. Chesney; Reassignment Order; Notice of Impending Reassignment To A United States District Court Judge; re: <u>Paul Melker v. San Francisco Bay Area Rapid Transit District</u>, U.S. District Court Northern District of California, San Francisco, Case No. C07-03762 MMC**

on the interested parties in said action, by placing true copy thereof as indicated below as follows:

**Office of the General Counsel
San Francisco Bay Area Rapid Transit District
Thomas C. Lee
Victoria R. Nuetzel
300 Lakeside Drive, 23rd. Floor West
Oakland, CA 94612-3534**

**[xx]**     **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail, in the Oakland, California.

**[ ]**     **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand on the office(s) of the address(s).

**[ ]**     **BY FEDERAL EXPRESS:** I caused such envelope to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

**[ ]**     **BY FACSIMILE:** I caused a copy of such document to be sent via facsimile transmission to the office(s) of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed in Oakland, California on August 16, 2007

```
                                    _____/s/_____
                                    Michael C. Cohen
```

-1-