# LAW OFFICES OF MICHAEL C. COHEN

### PROFESSIONAL CORPORATION

*1814 Franklin Street, Suite 900*
*Oakland, California 94612*
*Telephone: (510) 832-6436*
*Facsimile: (510) 832-6439*

---

*Michael C. Cohen, Esq.*

*Sherry Abrams, Esq.*

August 16, 2007

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

**Re: Case No. C-07-3762 MMC**

ECF Signature Attestation


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document

Michael C. Cohen