```
OFFICE OF THE GENERAL COUNSEL
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
THOMAS C. LEE (SBN 104624)
VICTORIA R. NUETZEL (SBN 115124)
300 Lakeside Drive, 23rd Floor West
Oakland, CA  94612-3534
Tel:  (510) 464-6034
Fax: (510) 464-6049
EMAIL:  TLEE@BART.GOV

Attorneys for Defendant
San Francisco Bay Area Rapid Transit District
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| PAUL MELKER,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>          Defendant. | Case No.:  C07-03762 MMC<br><br>AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFF'S THIRD, FOURTH, AND FIFTH CAUSES OF ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6))<br><br>DATE: September 21, 2007<br>TIME:    9:00 a.m.<br>COURTROOM: 7 |

TO: Plaintiff, PAUL MELKER, and his attorney of record herein:

PLEASE TAKE NOTICE that Defendant, SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT's Motion to Dismiss Plaintiff's Third, Fourth, and Fifth Causes of Action for Failure to State a Claim upon which Relief Can be Granted, previously noticed for hearing on September 5, 2007 shall be heard on September 21, 2007 at 9:00 a.m., Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

By this Amended Notice BART will, and hereby does, move to dismiss the Third Cause of Action (Wrongful Termination in Violation of Public Policy); Fourth Cause of Action (Breach of the

- 1 -

Implied Covenant of Good Faith and Fair Dealing); and Fifth Cause of Action (Breach of Contract) of Plaintiff's complaint. Said motion is made pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) and is based on the grounds that each of these causes of action fails to state a claim upon which relief may be granted for the following reasons:

(1) Plaintiff's claim for wrongful termination in violation of public policy fails to state a claim upon which relief may be granted because BART is immune for liability pursuant to California Government Code Sections 821.6 and 815.2;

(2) Plaintiff's claims for breach of the covenant of good faith and fair dealing and breach of contract fail to state claims upon which relief may be granted because, in California, public employment is held not by contract but by statute and, accordingly, a public employee cannot assert claims predicated upon breach of the implied covenant of good faith and fair dealing or breach of contract.

(3) Plaintiff's claim for breach of contract also fails because plaintiff failed to exhaust his remedies under the collective bargaining agreement between his union and BART, which provides his exclusive remedy for such claims.

This motion is based upon this Amended Notice, the Notice of Motion and Memorandum of Points and Authorities in Support of Motion to Dismiss Plaintiff's third, fourth and fifth causes of action for failure to state a claim upon which relief can be granted [FRCP 12(b)(6)] filed with the Court and served on July 30, 2007, all pleadings and papers on file herein and such oral and documentary evidence that may be presented at the time of the hearing.

DATED: August 17, 2007

Respectfully submitted,

OFFICE OF THE GENERAL COUNSEL
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

By _____
Victoria R. Nuetzel
Attorneys for Defendant
San Francisco Bay Area Rapid Transit District

- 2 -

C07-03762 MMC, AMENDED NOTICE & MOTION TO DISMISS THE 3RD, 4TH AND 5TH CAUSES OF ACTION

53458v1