OFFICE OF THE GENERAL COUNSEL
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
THOMAS C. LEE (SBN 104624)
VICTORIA R. NUETZEL (SBN 115124)
300 Lakeside Drive, 23rd Floor West
Oakland, CA  94612-3534
Tel:  (510) 464-6034
Fax: (510) 464-6049
EMAIL:  TLEE@BART.GOV

Attorneys for Defendant
San Francisco Bay Area Rapid Transit District

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| PAUL MELKER,<br><br>             Plaintiff,<br><br>     vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>             Defendant. | Case No.:  C07-03762 MMC<br><br>[PROPOSED ]<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S THIRD, FOURTH, AND FIFTH CAUSES OF ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED  (FRCP 12(b)(6)) |

Defendant SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT's ("BART") Motion to Dismiss the Third, Fourth, and Fifth Causes of Action of Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) came on regularly for hearing on September 21, 2007.

Victoria R. Nuetzel of the Office of the General Counsel of BART appeared on behalf of BART and Michael C. Cohen of the Law Offices of Michael C. Cohen appeared on behalf of Plaintiff, Paul Melker.  Oral argument having been presented and good cause appearing therefore:

//

//

IT IS HEREBY ORDERED:

1. The Third Cause of Action of Plaintiff's Complaint, wrongful termination in violation of public policy, is dismissed for failure to state a claim upon which relief may be granted. BART is immune from such claims pursuant to California Government Code §§821.6 and 815.2. *Shoemaker v. Myers* 2 Cal.App.4th 1407, 1422-1423 (1992); *Ross v. San Francisco Bay Area Rapid Transit District* 146 Cal.App.4th 1507 (2007).

2. The Fourth Cause of Action of Plaintiff's Complaint, breach of the covenant of good faith and fair dealing, is dismissed for failure to state claims upon which relief may be granted. In California, public employment is held not by contract but by statute and a public employee cannot assert claims predicated upon breach of the implied covenant of good faith and fair dealing. *Kim v. The Regents of the University of California* 80 Cal.App.4th 160 (2000).

3. The Fifth Cause of Action of Plaintiff's Complaint, breach of contract, is dismissed for failure to state a claim upon which relief can be granted. In California public employment is held not by contract but by statute. *Kim v. The Regents of the University of California* 80 Cal.App.4th 160 (2000). Further plaintiff failed to exhaust his remedies under the collective bargaining agreement between his union and BART, which provides his exclusive remedy for such claims. *Johnson v. Hydraulic Research and Manufacturing Company* 70 Cal.App.3d 675 (1977).

DATED: September _____, 2007

_____
The Honorable Maxine M. Chesney
United States District Court