Michael C. Cohen, Esq., Bar No. 65487
LAW OFFICES OF MICHAEL C. COHEN
1814 Franklin Street, Suite 900
Oakland, CA 94612
(510) 832-6436

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| PAUL MELKER,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, aka BART, DOES 1 to 10,<br><br>    Defendants.<br>_____/ | Case No. C07-03762 MMC<br><br>[PROPOSED]<br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FOURTH AND FIFTH CAUSE OF ACTION AND DISMISSING PLAINTIFF'S THIRD CAUSE OF ACTION<br><br>Date: September 21, 2007<br>Time: 9:00 a.m.<br>Courtroom: 7 |

    Defendant SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT's ("BART") Motion to dismiss the Third, Fourth, and Fifth Causes of Action of Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) came on regularly for hearing on September 21, 2007.

    Victoria R. Nuetzel of the office of the General Counsel of BART appeared on behalf of BART and Michael C. Cohen of the Law Offices Michael C. Cohen appeared on behalf of Plaintiff, Paul Melker. Oral argument having been presented and good cause

-1-

appearing therefore:

**IT IS HEREBY ORDERED:**

1.   The Third Cause of Action of Plaintiff's Complaint, Wrongful termination in violation of public policy is dismissed for failure to state a claim upon which relief may be granted. BART is immune from such claims pursuant to California Government Code §§821.6 and 815.2, Shoemaker v. Myers 2 Cal. App. 4th 1407, 1422-1423 (1992); Ross v. San Francisco Bay Area Rapid Transit District, 146 Cal. App 4th 1507 (2007).

2.   The Fourth Cause of Action of Plaintiff's Complaint, breach of the covenant of good faith and fair dealing states a claim upon which relief may be granted. Foley v. Interactive Data Corp., (1988) 47 C3d 654, 683-684, 254 CR 211, 227-228, Rest. 2d Contracts.

3.   The Fifth Cause of Action of Plaintiff's Complaint, breach of the covenant of good faith and fair dealing states a claim upon which relief may be granted. Vaca v. Sipes, (1967) 386 US 171, 186, 87 S.Ct. 903,914. Johnson v. Hydraulic Research and Manufacturing Company, 70 Cal. App. 3d 675.

DATED: September ___, 2007

_____
The Honorable Maxine M. Chesney
United States District Court

-2-