|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, Michael C. Cohen, declare that: |
| 3 | I am employed in the County of Alameda, City of Oakland, California.  I am over the age of 18 years and not a party to the within cause; my business address is 1814 Franklin Street, Suite 900, Oakland, CA 94612. |
| 5 | On August 30, 2007, I served the attached: |
| 6 | |
| 7 | **Memorandum of Points & Authorities in Opposition To Motion To Dismiss Plaintiff's Third, Fourth and Fifth Causes of Actions For Failure To State a Cause of Action Upon Which Relief Can Be Granted; Proposed Order Denying Motion To Dismiss Fourth and Fifth Causes of Action and Dismissing plaintiff's Third Cause of Action; re: Paul Melker v. San Francisco Bay Area Rapid Transit District, U.S. District Court Northern District of California San Francisco, Case No. C07-03762 MMC** |
| 11 | on the interested parties in said action, by placing true copy thereof as indicated below as follows: |
| 13 | **Office of the General Counsel** <br> **San Francisco Bay Area Rapid Transit District** <br> **Thomas C. Lee** <br> **Victoria R. Nuetzel** <br> **300 Lakeside Drive, 23rd. Floor West** <br> **Oakland, CA 94612-3534** |
| 16 | **[xx]**         **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail, in the Oakland, California. |
| 18 | **[ ]**         **BY FEDERAL EXPRESS:** I caused such envelope to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s). |
| 20 | **[X ]**         **BY FACSIMILE:**  I caused a copy of such document to be sent via facsimile transmission to the office(s) of the addressee(s). |
| 22 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed in Oakland, California on August 30, 2007 |
| 25 | _____/s/_____ <br> Michael C. Cohen |

-1-