IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

PAUL MELKER,

       Plaintiff,

vs.

SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,

       Defendant.

Case No.: C07-03762 MMC

STIPULATION AND ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

✓    Mediation (ADR L.R. 6).

The parties agree to hold the ADR session by:

✓    the presumptive deadline. *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

Dated: 10/29/07                      /s/ Michael C. Cohen
                                          Attorney for Plaintiff

Dated: 10/29/07                      /s/ Victoria R. Nuetzel
                                          Attorney for Defendant

# ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    Mediation

Deadline for ADR session

    90 days from the date of this order.

IT IS SO ORDERED.

Dated: October 31, 2007

_____
UNITED STATES DISTRICT JUDGE