# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## *HON.  MAXINE CHESNEY*

### CIVIL MINUTE ORDER

**DATE:   November 30, 2007**
**TITLE: Melker -v- S.F. BART**                                    **CASE #: C-07-3762 MMC**

### APPEARANCES:

**FOR PLAINTIFF:**                                                 **FOR DEFENDANT:**

**Michael Cohen**                                                  **Victoria Nuetzel**

**Deputy Clerk:  Brenda Tolbert**                                  **Reporter:**

### PROCEEDINGS:

  **X**   **Initial Case Management**
____    **Further Case Management**
____    **Further Status Conference**
____    **Pretrial Conference**
____    **Settlement Conference (Length:  Hr/s.)**
____    **Evidentiary Hearing**
____    **Examination of Judgment Debtor**
____    **Motions**
____    **Other:**

### ORDER/RESULTS:

 **Initial Case Management Conference Held.  Parties previously referred to court mediation.  Jury Trial: 5-7 days: 8/25/08. Non-Expert Discovery Cut-off: 3/14/08; Expert Disclosure:  4/4/08; Rebuttal Expert Disclosure:  4/18//08; Expert Discovery Cut-off: 5/9/-08; Dispositive Motion Filing Cut-off:  5/23/08; Pretrial Conf:  8/12/08; Meet & Confer Deadline: 7/7/08.  Joint Status Conference Statements due by 5/22/08.**

**Case Continued To:___5-29-08 at 10:30 a.m._____     For:___Status Conference_____**
**Case Referred To:_____     For:_____**

**ORDER TO BE PREPARED BY:**

**cc:  Brenda, Tracy**