**FILED**

JAN 2 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Melker,

    Plaintiff(s),

  v.

SF BART District,

    Defendant(s).

No. C 07-03762 MMC MED

**Certification of ADR Session**

_Instructions_: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __1/23/08__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __1/23/08__

Mediator, Ben Hamburg
A Professional Law Corporation
2625 Alcatraz Ave., Suite 500
Berkeley, CA 94705

**Certification of ADR Session**
07-03762 MMC MED