OFFICE OF THE GENERAL COUNSEL
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
THOMAS C. LEE (SBN 104624)
VICTORIA R. NUETZEL (SBN 115124)
300 Lakeside Drive, 23rd Floor West
Oakland, CA 94612-3534
Tel: (510) 464-6023
Fax: (510) 464-6049
EMAIL: VNUETZE@BART.GOV

Attorneys for Defendant
San Francisco Bay Area Rapid Transit District

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| PAUL MELKER,<br><br>       Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>       Defendant. | Case No.: C07-03762 MMC<br><br>NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT (FRCP Rule 56)<br><br>DATE: June 27, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 7 |

TO: PLAINTIFF, PAUL MELKER, AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 27, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, defendant SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT ("BART") will and hereby does move for an order granting summary judgment and awarding costs of suit and such other relief as the Court may deem just and proper.

This motion is made pursuant to Federal Rules of Civil Procedure, Rule 56 and on the ground that there is no genuine issue as to the pertinent material facts and that defendant BART is entitled to summary judgment as a matter of law for the following reasons:

1. Plaintiff's first cause of action entitled "Violation of Government Code § 12940 et. seq." fails to state a claim upon which relief can be granted because BART has a legitimate non-discriminatory bases for its actions and plaintiff cannot present evidence in support of his claim of disability and/or racial discrimination; and

2. Plaintiff's second cause of action entitled "Violation of Title VII of the Civil Rights Act of 1964, as amended" fails to state a claim upon which relief can be granted because BART has legitimate non-discriminatory bases for its actions and plaintiff cannot present evidence in support of his claim of disability and/or racial discrimination.

This motion is based upon this Notice, the attached Memorandum of Points and Authorities in Support thereof, the Declaration of Victoria R. Nuetzel, all pleadings and papers on file herein and such oral and documentary evidence that may be presented at the time of the hearing.

Dated:  May 19, 2008                    Respectfully submitted,

OFFICE OF THE GENERAL COUNSEL
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT


By _____/s/ Victoria R. Nuetzel_____
       Victoria R. Nuetzel
       Attorneys for Defendant
       San Francisco Bay Area Rapid Transit District