```
OFFICE OF THE GENERAL COUNSEL
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
THOMAS C. LEE (SBN 104624)
VICTORIA R. NUETZEL (SBN 115124)
300 Lakeside Drive, 23rd Floor West
Oakland, CA  94612-3534
Tel:  (510) 464-6023
Fax: (510) 464-6049
EMAIL:  VNUETZE@BART.GOV
```

Attorneys for Defendant
San Francisco Bay Area Rapid Transit District

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| PAUL MELKER,<br><br>           Plaintiff,<br><br>      vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>           Defendant. | Case No.:  C07-03762 MMC<br><br>[PROPOSED]<br><br>ORDER GRANTING DEFENDANT BAY AREA RAPID TRANSIT DISTRICTS'S MOTION  FOR SUMMARY JUDGMENT |

   Defendant SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT's ("BART") Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure, Rule 56 came on regularly for hearing on June 27, 2008.

   Victoria R. Nuetzel of the Office of the General Counsel of BART appeared on behalf of BART and Michael C. Cohen of the Law Offices of Michael C. Cohen appeared on behalf of Plaintiff, Paul Melker.  Oral argument having been presented and good cause appearing therefore:

//

- 2 -

1   IT IS HEREBY ORDERED:

2   1.   Summary judgment is granted as to plaintiff's first cause of action because BART has
3   met its burden of demonstrating that it had legitimate, non-discriminatory reasons for its actions and
4   plaintiff has not submitted substantial evidence to that could potentially met his burden of proof.
5   *Hersant v Department of Social Services* 57 Cal. App 4th 997, 1004-1005 (1997).

6   2.   Summary judgment is granted as to plaintiff's first cause of action because BART has
7   met its burden of demonstrating that it had legitimate, non-discriminatory reasons for its actions and
8   plaintiff has not submitted substantial evidence to that could potentially met his burden of proof. *St.*
9   *Mary's Honor Center v. Hicks* 509 U.S. 502, 515 (1993).

10   3.   Judgment shall be entered in BART's favor against plaintiff and BART shall recover its
11   costs from plaintiff.

DATED: June ___, 2008

_____
The Honorable Maxine M. Chesney
United States District Court