OFFICE OF THE GENERAL COUNSEL
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
THOMAS C. LEE (SBN 104624)
VICTORIA R. NUETZEL (SBN 115124)
300 Lakeside Drive, 23rd Floor West
Oakland, CA 94612-3534
(510) 464-6023
(510) 464-6049 (Fax)
vnuetze@BART.gov

Attorneys for Defendant
San Francisco Bay Area Rapid Transit District


Michael C. Cohen
Law Offices of Michael C. Cohen
1814 Franklin Street, Suite 900
Oakland, CA 94612
510/832-6436
510/832-6439 (Fax)
mcohen@cohenlegalfirm.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| PAUL MELKER,<br><br>        Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>        Defendant. | Case No.: C07-03762 MMC<br><br>UPDATED<br>CASE MANAGEMENT STATEMENT (JOINT)<br><br>DATE: May 30, 2008<br>TIME: 10:30 a.m.<br>COURTROOM: 7 |

    Pursuant to United States District Court, Northern District of California, Local Rule 16-10(d), Plaintiff, Paul Melker ("Melker") and Defendant, San Francisco Bay Area Rapid Transit District ("BART") submit the following Updated Joint Case Management Conference Statement:

1. **PROGRESS SINCE LAST CASE MANAGEMENT CONFERENCE:**

A prior Case Management Conference was held November 30, 2007. Since that date the parties have exchanged documents and otherwise engaged in written and documentary discovery. In addition, the parties have completed the depositions of percipient witnesses.

There is currently no pending discovery

2. **CURRENTLY PENDING ISSUES:**

BART has filed a Motion for Summary Judgment that is currently set for hearing on June 27, 2008. There are not other anticipated motions before trial. The parties have stipulated to continue that hearing date to July 18, 2008.

3. **PROPOSALS:**

The parties do not anticipate or request any changes to the prior pre-trial conference order.

4. **ADR STATUS:**

Subsequent to the prior Case Management Conference the parties participate in mediation that was not successful in resolution of this case.

The parties remain willing to engage in further or alternative ADR.

DATED: May 22, 2008

OFFICE OF THE GENERAL COUNSEL
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

By _____/s/ Victoria R. Nuetzel_____
Victoria R. Nuetzel, Attorneys for Defendant
San Francisco Bay Area Rapid Transit District

DATED: May 22, 2008

LAW OFFICES OF MICHAEL C. COHEN

_____/s/ Michael C. Cohen_____
Michael C. Cohen, Attorney for Plaintiff