1  OFFICE OF THE GENERAL COUNSEL
   SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
2  THOMAS C. LEE (SBN 104624)
   VICTORIA R. NUETZEL (SBN 115124)
3  300 Lakeside Drive, 23rd Floor West
   Oakland, CA  94612-3534
4  Tel:  (510) 464-6023
   Fax:  (510) 464-6049
5  EMAIL:  VNUETZE@BART.GOV

6  Attorneys for Defendant
   San Francisco Bay Area Rapid Transit District

7

8

9                   IN THE UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

11

12

| | |
|---|---|
| 13  PAUL MELKER, | Case No.:  C07-03762 MMC |
| 14         Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| 15 | CONTINUING HEARING DATE FOR DEFENDANT BAY AREA RAPID |
| 16  vs. | TRANSIT DISTRICT'S MOTION  FOR SUMMARY JUDGMENT |
| 17 | |
| 18  SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, | |
| 19         Defendant. | |
| 20 | |

21

22         WHEREAS, Defendant, San Francisco Bay Area Rapid Transit District (BART"),  filed a

23  Motion for Summary Judgment pursuant to FRCP, Rule 56 and set a hearing date for that motion on

24  June 27, 2008; and

25         WHEREAS, Plaintiff's counsel is unavailable because he will be in trial on the date and time

26  set for said hearing; and

27

28

                                    - 1 -

1    WHEREAS,  the parties have agreed to continue the hearing date of BART's motion to

2  accommodate Plaintiff's attorney's schedule.

3    NOW, THERFORE,  it is hereby stipulated between the parties that the hearing date on

4  BART's Motion for Summary Judgment shall be continued from June 27,  2008, and be set for hearing

5  on July 18, 2008, at 9:30 a.m.  The time for any opposition and reply shall be  determined  by the July

6  18 hearing date in accordance with Local Rule 7-3.

7

8  Dated:  May 27, 2008                        By: /s/ Victoria R. Nuetzel___
                                                  Victoria R. Nuetzel
9                                                 Attorney for Defendant BART

10

11  Dated:  May 27, 2008                       By: /s/ Michael C. Cohen_____
                                                  Michael C. Cohen
12                                                Attorney for Plaintiff, Paul  Melker

13

14                                  ORDER

15    Based on the stipulation of the parties and good cause appearing therefore, IT IS HEREBY

16  ORDERED:

17    The hearing date of Defendant San Francisco Bay Area Rapid Transit District's Motion for

18  Summary Judgment  shall be continued and set for hearing on July 18, 2008.  Any opposition and reply

19

20  shall be filed in accordance with Local Rule 7-3.

21

22  Dated: May __, 2008                        _____

23                                             The Honorable Maxine M. Chesney
                                               United States District Court
24

25

26

27

28

- 2 -