Michael C. Cohen, Esq., Bar No. 65487
1814 Franklin Street, Suite 900
Oakland, CA 94612
Tel: (510) 832-6436
Fax: (510) 832-6439
Email: mcohen@cohenlegalfirm.com

Attorneys for Plaintiff
Paul Melker

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| PAUL MELKER,<br><br>            Plaintiff,<br><br>    vs.<br><br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>            Defendant. | Case No.: C07-03762 MMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |

WHEREAS, Plaintiff's counsel is unavailable because he will be in trial on the date and time set for said hearing; and

WHEREAS, the parties have agreed to continue the Status Conference date to accommodate Plaintiff's attorney's schedule.

NOW, THEREFORE, it is hereby stipulated between the parties that the Status Conference date, currently set for May 30, 2008 at 9:00 am, shall be continued to: _____, at __:___ _ _.

By:_____/s/_____
Michael C. Cohen
Dated: May 28, 2008          Attorney for Plaintiff, Paul Melker


By:_____/s/_____
Victoria R. Nuetzel
Dated: May 28, 2008          Attorney for Defendant BART

## ORDER

Based on the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED:

The Status Conference date currently set for May 30, 2008 at 9:00 am, shall be continued and set for hearing on _____, 2008, at __:___ __.

Dated: May ___, 2008

_____
The Honorable Maxine M. Chesney
United States District Court