1  OFFICE OF THE GENERAL COUNSEL
   SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
2  THOMAS C. LEE (SBN 104624)
   VICTORIA R. NUETZEL (SBN 115124)
3  300 Lakeside Drive, 23rd Floor West
   Oakland, CA  94612-3534
4  Tel:  (510) 464-6023
   Fax: (510) 464-6049
5  EMAIL:  VNUETZE@BART.GOV

6  Attorneys for Defendant
   San Francisco Bay Area Rapid Transit District
7

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO
11

12

13 | PAUL MELKER,                              | Case No.: C07-03762 MMC
14 |
   |         Plaintiff,                        | STIPULATION AND [PROPOSED] ORDER
15 |                                           | CONTINUING HEARING DATE FOR  RE:
   |                                           | DEFENDANT BAY AREA RAPID
16 |         vs.                               | TRANSIT DISTRICT'S MOTION  FOR
   |                                           | SUMMARY JUDGMENT
17 |
18 | SAN FRANCISCO BAY AREA RAPID
   | TRANSIT DISTRICT,
19 |
   |         Defendant.
20

21

22
        WHEREAS, Defendant, San Francisco Bay Area Rapid Transit District (BART"),  filed a
23
   Motion for Summary Judgment pursuant to FRCP, Rule 56 and set a hearing date for that motion on
24
   June 27, 2008; and
25
        WHEREAS, Plaintiff's counsel is unavailable because he will be in trial on the date and time
26
   set for said hearing; and
27

28
                                            - 1 -

1   WHEREAS, the parties have agreed to continue the hearing date of BART's motion to
2   accommodate Plaintiff's attorney's schedule.
3   NOW, THERFORE, it is hereby stipulated between the parties that the hearing date on
4   BART's Motion for Summary Judgment shall be continued from June 27, 2008, and be set for hearing
5   on July 18, 2008, at 9:30 a.m. The time for any opposition and reply shall be determined by the July
6   18 hearing date in accordance with Local Rule 7-3.

7

8   Dated: May 27, 2008                      By: /s/ Victoria R. Nuetzel___
                                                  Victoria R. Nuetzel
9                                                 Attorney for Defendant BART

10

11
    Dated: May 27, 2008                      By: _/s/ Michael C. Cohen_____
12                                                Michael C. Cohen
                                                  Attorney for Plaintiff, Paul Melker
13

14
                                            ORDER
15   Having read and considered
     ~~Based o~~n the stipulation of the parties ~~and good cause appearing therefore~~, IT IS HEREBY
16
    ORDERED:
17
    The hearing date of Defendant San Francisco Bay Area Rapid Transit District's Motion for
18  Summary Judgment shall be vacated. Plaintiff's opposition shall be filed no later than June 13, 2008,
19  ~~Summary Judgment shall be continued and set for hearing on July 18, 2008. Any opposition and reply~~
    and defendant's reply shall be filed no later than June 20, 2008, on which date the Court will deem the
20  ~~shall be filed in accordance with Local Rule 7-3~~. matter submitted. If the Court determines that oral
    argument would be of assistance, the Court will schedule a hearing.
21

22
    Dated: May 29, 2008                     _____
23                                          The Honorable Maxine M. Chesney
                                            United States District Court
24

25

26

27

28

- 2 -