**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: 6/6/08

C-07-3762-MMC

___PAUL MELKER___ v ___SF BAY AREA RAPID TRANSIT___

Attorneys: ___Michael Cohen___   ___Victoria Nuetzel___

Deputy Clerk: **TRACY LUCERO**   Reporter: ___NOT REPORTED___

**PROCEEDINGS:**   **RULING:**

1. _____   _____

2. _____   _____

3. _____   _____

4. _____   _____

(✓) *Further* Status Conference   ( ) P/T Conference   ( ) Case Management Conference

**ORDERED AFTER HEARING:**

Court continued Trial & Pretrial dates due to scheduling conflict

( ) ORDER TO BE PREPARED BY:   Plntf____   Deft____   Court____

(✓) Referred to Magistrate For: ___Settlement Conference before Mag. Spero___
  (✓) By Court
( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date __8/21/08 @ 10:00__ Trial Date __9/2/08 @ 9:00__ Set for __5-7__ days
Type of Trial: (✓) Jury   ( ) Court   (TUESDAY)
Notes: _____

CC: Wings, Karen (10 min)