```
 1  Michael Cohen, Esq.,
 2  State Bar No. 65487
 3  Law Offices of Michael C. Cohen
 4  1814 Franklin Street, Suite 900
 5  Oakland, California  94612
 6  (510) 832-6436
 7  Attorney for Plaintiff
 8
 9              IN THE UNITED STATES DISTRICT COURT
10           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO
11
12
13  PAUL MELKER,                    Case No. C07-03762 MMC
14       Plaintiff,                 [PROPOSED]   ORDER DENYING
15                                  MOTION FOR SUMMARY JUDGMENT
16  vs.
17  SAN FRANCISCO BAY AREA
18  RAPID TRANSIT DISTRICT,
19  Et al.,
20       Defendants.
21
22  _____/
23
24       The Motion of Defendant San Francisco Bay Area Transit
25  District for summary judgment against plaintiff Paul Melker
26  in the above case came on regularly for hearing this date.
27  Michael Cohen, Esq. appeared for plaintiff and opposing
28  party. Victoria R. Nuetzel, Esq. appeared for defendant.
29  Having reviewed the pleadings filed by the parties herein,
30  and heard the arguments of counsel, and good cause
```

1

ORDER DENYING MOTION FOR SUMMARY JUDGMENT

1 | appearing therefore, IT IS ORDERED THAT the Motion is
2 | denied.
3 |
4 | Dated: _____
5 |
6 |
7 |             By: _____
8 |             JUDGE OF THE DISTRICT COURT
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |