**CERTIFICATE OF PERSONAL SERVICE**

I, Joel Harmon, declare that:

I am employed in the County of Alameda, City of Oakland, California. I am over the age of 18 years and not a party to the within cause; my business address is 1814 Franklin Street, Suite 900, Oakland, CA 94612.

On June 13, 2008, I served the attached:

**Declaration of Michael C. Cohen in Opposition to Summary Judgment Motion; Declaration of Paul Melker in Opposition to Summary Judgment Motion; Memorandum of Points and Authorities in Opposition to Motion for Summary Judgment; [Proposed] Order Denying Motion for Summary Judgment**
**re: <u>Paul Melker v. San Francisco Bay Area Rapid Transit District</u>, U.S. District Court Northern District of California, San Francisco, Case No. C07-03762 MMC**

on the interested parties in said action, by placing true copy thereof as indicated below as follows:

**Office of the General Counsel**
**San Francisco Bay Area Rapid Transit District**
**Thomas C. Lee**
**Victoria R. Nuetzel**
**300 Lakeside Drive, 23rd. Floor West**
**Oakland, CA 94612-3534**

[ ]    **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail, in the Oakland, California.

**[xx]**   **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand on the office(s) of the address(s).

[ ]    **BY FEDERAL EXPRESS:** I caused such envelope to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

[ ]    **BY FACSIMILE:** I caused a copy of such document to be sent via facsimile transmission to the office(s) of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed in Oakland, California on June 13, 2008

_____/s/_____
Joel Harmon

-1-