OFFICE OF THE GENERAL COUNSEL
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
THOMAS C. LEE (SBN 104624)
VICTORIA R. NUETZEL (SBN 115124)
300 Lakeside Drive, 23rd Floor West
Oakland, CA  94612-3534
Tel:  (510) 464-6023
Fax: (510) 464-6049
EMAIL:  VNUETZE@BART.GOV

Attorneys for Defendant
San Francisco Bay Area Rapid Transit District

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| PAUL MELKER,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>    Defendant. | Case No.:  C07-03762 MMC<br><br>[PROPOSED]<br><br>ORDER SUSTAINING DEFENDANT BAY AREA RAPID TRANSIT DISTRICT'S OBJECTIONS TO THE DECLARATION OF PAUL MELKER AND STRIKING PORTIONS OF PAUL MELKER'S DECLARATION<br><br>DATE:  June 27, 2008<br>TIME:    10:30 a.m.<br>COURTROOM:  7 |

Defendant SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT's ("BART") Objections to and Request to Strike the Declaration of Paul Melker filed in Opposition to BART's Motion for Summary Judgment came on regularly for hearing.

- 1 -

55558v1

Victoria R. Nuetzel of the Office of the General Counsel of BART appeared on behalf of BART and Michael C. Cohen of the Law Offices of Michael C. Cohen appeared on behalf of Plaintiff, Paul Melker.  Oral argument having been presented and good cause appearing therefore:

IT IS HEREBY ORDERED:

1.     BART's objections to paragraphs 5, 7, 8, 13, 16, 17, 18, 19, 21, 22, 24, 25, 27, 29, 30. 31.32. 33, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 75, 77, 78, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, and 110 of the Declaration of Paul Melker are hereby sustained.

2.     Paragraphs 5, 7, 8, 13, 16, 17, 18, 19, 21, 22, 24, 25, 27, 29, 30. 31.32. 33, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 75, 77, 78, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, and 110 are hereby stricken from the Declaration of Paul Melker.

DATED: June _____, 2008

_____
The Honorable Maxine M. Chesney
United States District Court

- 2 -

C07-03762 MMC, [PROPOSED] ORDER SUSTAINING OBJECTIONS AND STRIKING PORTIONS OF MELKER'S DECLARATION

55558v1