IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MELKER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>　　　　　Defendant<br>_____/ | No. C-07-3762 MMC<br><br>**ORDER AFFORDING PLAINTIFF OPPORTUNITY TO FILE RESPONSE TO DEFENDANT'S OBJECTIONS TO AND REQUEST TO STRIKE DECLARATION OF PAUL MELKER** |

　　On May 21, 2008, defendant San Francisco Bay Area Rapid Transit District filed a motion for summary judgment. The motion is fully briefed, and, by order filed May 29, 2008, the motion has been deemed submitted on the papers. (See Order, filed May 29, 2008, at 2:20-21.)

　　On June 20, 2008, in connection with its reply, defendant filed its "Objections to and Request to Strike the Declaration of Paul Melker Submitted in Opposition to BART's Summary Judgment Motion." Having read and considered defendant's objections, the Court finds it appropriate to afford plaintiff an opportunity to file a written response thereto.

　　Accordingly, plaintiff shall file, no later than July 1, 2008, his response, if any, to the Objections and Request to Strike. As of July 1, 2008, the motion will again stand submitted.

　　**IT IS SO ORDERED.**

Dated: June 25, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge