1  Michael C. Cohen, Esq., Bar No. 65487
   **LAW OFFICES OF MICHAEL C. COHEN**
2  1814 Franklin Street, Suite 900
   Oakland, CA 94612
3  (510) 832-6436

4  Attorneys for Plaintiff
   Paul Melker

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10         NORTHER DISTRICT OF CALIFORNIA, SAN FRANCISCO

11

12

13

14

15

16  PAUL MELKER,                    Case No. C07-03762 MMC

                Plaintiff,
17
    vs.                             PAUL MELKER'S OPPOSITION TO
18                                  DEFENDANT'S OBJECTIONS TO AND
                                    REQUESTS TO STRIKE THE
    SAN FRANCISCO BAY AREA RAPID    DECLARATION OF PAUL MELKER
19  TRANSIT DISTRICT, aka BART,
    DOES 1 to 10,
20
                Defendants.         Date: July 18, 2008
21  _____/   Time: 9:30 a.m.
                                    Courtroom: 7
22

23

24

25      Plaintiff opposes defendant's objections and request to

26  strike plaintiff's declaration and request the court to deny

27  defendant's request to strike and overrule defendant's

28  Pl's. Opposition to def's. objections    -1-

1  objections.

2      Plaintiff's declaration complies with local rule 7-5.

3  Plaintiff's declaration is under oath and states that the

4  information contained therein is based on plaintiff's personal

5  knowledge and that plaintiff, if sworn could and would

6  competently testify to the matters stated therein.

7      1.  Plaintiff opposes the defendant's objection to

8  plaintiff's statement and request to strike at pg. 2:2-4.  The

9  foundation to support plaintiff's statement is contained at pg.

10  2:1-4, and throughout  plaintiff's entire declaration.  Plaintiff

11  worked for BART beginning March 12, 2001, he has first hand

12  knowledge that he had been performing his job duties

13  satisfactorily during the time of his employment with BART. This

14  is also supported by the fact that BART he continued his

15  employment with BART and was not terminated from his job for

16  unsatisfactory job performance.  Defendant has not produced any

17  evidence that plaintiff did not satisfactorily perform his job

18  duties.  The foundation is based on plaintiff's observation and

19  perception of events and existing circumstances and plaintiff's

20  employment experience with BART as stated in plaintiff's

21  declaration.

22      2.  Plaintiff opposes the defendant's objection to

23  plaintiff's statement and request to strike  at pg. 2:6-7.  The

24  foundation to support plaintiff's statement is contained at pg.

25  2:6-10, and throughout plaintiff's entire declaration.  The

26  plaintiff has first hand knowledge of his drug addiction and his

27  ability to perform the essential duties of his job with or

28  Pl's. Opposition to def's. objections    -2-

1   without a reasonable accommodation.  The foundation is based on

2   plaintiff's observation and perception of events and existing

3   circumstances and plaintiff's employment experience with BART as

4   stated in plaintiff's declaration.

5       3.  Plaintiff opposes the defendant's objection to

6   plaintiff's statement and request to strike at pg.2:8-9.

7   Plaintiff was performing his job duties.  He voluntarily

8   submitted himself for drug treatment. He would necessarily know

9   the essential duties of his job and whether or not he could

10  reasonably perform the essential duties of his job with or

11  without a reasonable accommodation.  The foundation is based on

12  plaintiff's observation and perception of events and existing

13  circumstances and plaintiff's employment experience as stated in

14  plaintiff's declaration.

15      4.  Plaintiff opposes the defendant's objection to his

16  statement and request to strike at paragraph 13; pg.2:22-24.

17  Plaintiff has first hand knowledge of whether or not he

18  voluntarily participated in BART's drug rehabilitation program

19  and knowledge of the length of the program based on his

20  participation in the program. The foundation is based on

21  plaintiff's observation and perception of events and existing

22  circumstances and plaintiff's employment experience with BART as

23  stated in plaintiff's declaration.

24      5.  Plaintiff opposes the defendant's objection to this

25  statement and request to strike at paragraph 16,pg3:4-9, The

26  statement is self evident.  Plaintiff signed the document in the

27  presence of the people he states were there when he signed the

28  Pl's. Opposition to def's. objections    -3-

1   document.  The statement merely describes plaintiff's perception

2   of the circumstances as he perceived them at the time he signed

3   the document; and he describes the content of the document he

4   signed.  The foundation is based on plaintiff's observation and

5   perception of events and existing circumstances and on

6   plaintiff's employment experience with BART as stated in

7   plaintiff's declaration.

8       6.  Plaintiff opposes defendant's objection to this

9   statement and request to strike at paragraph 17,pg.3:10-12.

10  Plaintiff was a party to the agreement referred to at paragraph

11  17,pg.10-12.  He has first hand knowledge of who signed the

12  document to which he was a party.  Also, please refer to Exhibit

13  8 the Arbitrator's Decision and Award, which is attached the

14  Declaration of Michael C. Cohen.   The foundation is based on

15  plaintiff's observation and perception of events and existing

16  circumstances and on plaintiff's employment experience with BART

17  as stated in plaintiff's declaration.

18      7.  Plaintiff opposes the defendants objection and request

19  to strike plaintiff's statement at paragraph 18,pg.3:13-14.

20  Plaintiff signed the agreement; he knew the terms of the

21  conditions and he knows first hand whether or not he complied

22  with the terms and conditions of the agreement to which he was a

23  party.  Plaintiff's statement is a statement of fact based on his

24  perceptions.  The foundation is based on plaintiff's observation

25  and perception of events and existing circumstances and on

26  plaintiff's employment experience with BART as stated in

27  plaintiff's declaration.

28  Pl's. Opposition to def's. objections    -4-

1    8.   Plaintiff opposes the defendant's objections to his

2   statement and request to strike at paragraph 19,pg.3:15-17.

3   Plaintiff's statement is a statement of fact based on his first

4   hand knowledge of the residential New Bridge Program that he

5   participated and his knowledge and perception of the number of

6   days he participated in the New Bridge Program.  The foundation

7   is based on plaintiff's observation and perception of events and

8   existing circumstances and on plaintiff's employment experience

9   with BART as stated in plaintiff's declaration.

10    9.   Plaintiff opposes the defendant's objections to his

11   statement and request to strike at paragraph 21,pg.3:26-28.

12   Plaintiff's statement is based on his first hand knowledge of

13   events that transpired and describe plaintiff's actions.   The

14   foundation is based on plaintiff's observation and perception of

15   events and existing circumstances and on plaintiff's employment

16   experience with BART as stated in plaintiff's declaration.

17    10. Plaintiff opposes the defendant's objections and

18   request to strike plaintiff's statement at paragraph 22,pg.3:24-

19   27.  Plaintiff's statement is based on his first hand knowledge

20   of events that transpired and describe some of plaintiff's

21   actions regarding why plaintiff did not enter Phase 2 of the Day

22   Treatment program at Kaiser.  This statement is in response to

23   defendant's contention that plaintiff did not fully participate

24   in the drug rehabilitation program at the time defendant

25   terminated plaintiff's employment.  The foundation is based on

26   plaintiff's observation and perception of events and existing

27   circumstances and on plaintiff's employment experience with BART

28

1    as stated in plaintiff's declaration.

2        11.    Plaintiff opposes the defendant's objections to his

3    statement and request to strike at paragraph 24,pg.4:4-6.

4    Plaintiff's statement is based on his first hand knowledge of

5    events that transpired and describe plaintiff's conduct and the

6    reason for his conduct.  The foundation is based on plaintiff's

7    observation and perception of events and existing circumstances

8    and on plaintiff's employment experience with BART as stated in

9    plaintiff's declaration.

10       12.    Plaintiff opposes the defendant's objections to his

11   statement and request to strike at paragraph 25,pg.4:7-12.

12   Plaintiff's statement is based on his first hand knowledge of his

13   perception of events and conduct that occurred on February 16,

14   2005.  The statement explains plaintiff's state of mind relative

15   to plaintiff's conduct.  The statement also includes party

16   admissions which is an exception to the hearsay rule.  The

17   foundation is based on plaintiff's observation and perception of

18   events and existing circumstances and on plaintiff's employment

19   experience with BART as stated in plaintiff's declaration.

20       13.    Plaintiff opposes the defendant's objections to his

21   statement and request to strike at paragraph 27,pg.4:18-20.

22   Plaintiff's statement is based on his first hand knowledge of his

23   perception of events and conduct of defendant.  The statement

24   explains plaintiff's state of mind relative to plaintiff's

25   conduct.  And the statement also includes party admissions which

26   is an exception to the hearsay rule.  The foundation is based on

27   plaintiff's observation and perception of events and existing

28

1   circumstances and on plaintiff's employment experience with BART

2   as stated in plaintiff's declaration.

3       14.  Plaintiff opposes the defendant's objections to his

4   statement and request to strike at paragraph 29,pg.4:24-26.

5   Plaintiff's statement is based on his first hand knowledge of his

6   perception of events, his conduct and his state of mind.  The

7   statement describes plaintiff's conduct and his reasons for his

8   conduct.  The foundation is based on plaintiff's observation and

9   perception of events and existing circumstances and on

10  plaintiff's employment experience with BART as stated in

11  plaintiff's declaration.

12      15.  Plaintiff opposes the defendant's objections to his

13  statement and request to strike at paragraph 30,pg.4:27;pg 5:1.

14  Plaintiff's statement is based on his first hand knowledge of his

15  perception of events, his conduct and his state of mind.  The

16  statement describes plaintiff's conduct and his reasons for his

17  conduct. The foundation is based on plaintiff's observation and

18  perception of events and existing circumstances and on

19  plaintiff's employment experience with BART as stated in

20  plaintiff's declaration.

21      16.  Plaintiff opposes the defendant's objections to his

22  statement and request to strike at paragraph 31,pg.5:2-3.

23  Plaintiff's statement is based on his first hand knowledge of his

24  perception and describes his conduct.  The foundation is based on

25  plaintiff's observation and perception of events and existing

26  circumstances and on plaintiff's employment experience with BART

27  as stated in plaintiff's declaration.

28  Pl's. Opposition to def's. objections    -7-

17.   Plaintiff opposes the defendant's objections to his
statement and request to strike at paragraph 32,pg.5:4-9.
Plaintiff's statement is based on his first hand knowledge of his
perception of events and his conduct and describes his conduct
the conduct of others.  It provides information to explain
plaintiff's conduct, and his state of mind.  The foundation is
based on plaintiff's observation and perception of events and
existing circumstances and on plaintiff's employment experience
with BART as stated in plaintiff's declaration.

18.   Plaintiff opposes the defendant's objections to his
statement and request to strike at paragraph 33,pg.5:10-13.
Plaintiff's statement is based on his first hand knowledge of his
perception of events and his conduct and describes his conduct
the conduct of others.  It provides information to explain
plaintiff's conduct, and his state of mind.  The foundation is
based on plaintiff's observation and perception of events and
existing circumstances and on plaintiff's employment experience
with BART as stated in plaintiff's declaration.

19.   Plaintiff opposes the defendant's objections to his
statement and request to strike at paragraph 35,pg.5:16-17.
Plaintiff's statement is based on his first hand knowledge of his
perception of events and his conduct and describes his conduct.
It provides information to explain plaintiff's conduct and state
of mind.  The foundation is based on plaintiff's observation and
perception of events and existing circumstances and on
plaintiff's employment experience with BART as stated in
plaintiff's declaration.

1    20.  Plaintiff opposes the defendant's objections to his

2  statement and request to strike at paragraph 36,pg.5:18-22.

3  Plaintiff's statement is based on his first hand knowledge of his

4  perception of events and his conduct and describes his conduct.

5  It provides information to explain plaintiff's conduct and state

6  of mind.  The foundation is based on plaintiff's observation and

7  perception of events and existing circumstances and on

8  plaintiff's employment experience with BART as stated in

9  plaintiff's declaration.

10    21.  Plaintiff opposes the defendant's objections to his

11  statement and request to strike at paragraph 37,pg.5:23-27.

12  Plaintiff's statement is based on his first hand knowledge of his

13  perception of events and his conduct and describes his conduct.

14  It provides information to explain plaintiff's conduct and state

15  of mind.  The statement contains party admissions.  The

16  foundation is based on plaintiff's observation and perception of

17  events and existing circumstances and on plaintiff's employment

18  experience with BART as stated in plaintiff's declaration.

19    22.  Plaintiff opposes the defendant's objections to his

20  statement and request to strike at paragraph 38, pg.5:18-22.

21  Plaintiff's statement is based on his first hand knowledge of his

22  perception of events and his conduct and describes his conduct.

23  It provides information to explain plaintiff's conduct and state

24  of mind.  The statement contains party admissions.  The

25  foundation is based on plaintiff's observation and perception of

26  events and existing circumstances and on plaintiff's employment

27  experience with BART as stated in plaintiff's declaration.

28

1      23.    Plaintiff opposes the defendant's objections to his
2    statement and request to strike at paragraph 39, pg.6:5-9.
3    Plaintiff's statement is based on his first hand knowledge of his
4    perception of events and his conduct and describes his conduct.
5    It provides information to explain plaintiff's conduct and state
6    of mind.    The statement contains party admissions.    The
7    foundation is based on plaintiff's observation and perception of
8    events and existing circumstances and on plaintiff's employment
9    experience with BART as stated in plaintiff's declaration.
10      24.    Plaintiff opposes the defendant's objections to his
11    statement and request to strike at paragraph 40, pg.6:10-12.
12    Plaintiff's statement is based on his first hand knowledge of his
13    perception of events and his conduct and describes his conduct.
14    It provides information to explain plaintiff's conduct and state
15    of mind.    The statement contains party admissions.    The
16    foundation is based on plaintiff's observation and perception of
17    events and existing circumstances and on plaintiff's employment
18    experience with BART as stated in plaintiff's declaration.
19      25.    Plaintiff opposes the defendant's objections to his
20    statement and request to strike at paragraph 41, pg.6:12-16.
21    Plaintiff's statement is based on his first hand knowledge of his
22    perception of events and his conduct and describes his conduct.
23    It provides information to explain plaintiff's conduct and state
24    of mind.    The statement contains party admissions.    The
25    foundation is based on plaintiff's observation and perception of
26    events and existing circumstances and on plaintiff's employment
27    experience with BART as stated in plaintiff's declaration.
28

1    26.  Plaintiff opposes the defendant's objections to his
2  statement and request to strike at paragraph 42, pg.6:17-20.
3  Plaintiff's statement is based on his first hand knowledge of his
4  perception of events and his conduct and describes his impression
5  of BART's conduct while he was employed by BART.  It provides
6  information to explain plaintiff's conduct and state of mind.
7  The statement contains party admissions.  The foundation is based
8  on plaintiff's observation and perception of events and existing
9  circumstances and on plaintiff's employment experience with BART
10  as stated in plaintiff's declaration.

11    27. Plaintiff opposes the defendant's objections to his
12  statement and request to strike at paragraph 43, pg.6:21-23.
13  Plaintiff's statement is based on his first hand knowledge of his
14  perception of events and his conduct and describes his conduct.
15  It provides information to explain plaintiff's conduct and state
16  of mind.  The statement contains party admissions.  The
17  foundation is based on plaintiff's observation and perception of
18  events and existing circumstances and on plaintiff's employment
19  experience with BART as stated in plaintiff's declaration.

20    28.  Plaintiff opposes the defendant's objections to his
21  statement and request to strike at paragraph 44, pg.6:24-26.
22  Plaintiff's statement is based on his first hand knowledge of his
23  perception of events and his conduct and describes his conduct.
24  The foundation for his statement is self evident.

25    29.  Plaintiff opposes the defendant's objections to his
26  statement and request to strike at paragraph 45, pg.6:27; pg.7:3.
27  Plaintiff's statement is based on his first hand knowledge of his

28

1   perception of events and his conduct and describes his conduct.

2   The foundation is based on plaintiff's observation and perception

3   of events and existing circumstances and on plaintiff's

4   employment experience with BART as stated in plaintiff's

5   declaration.

6       30.   Plaintiff opposes the defendant's objections to his

7   statement and request to strike at paragraph 46, pg.7:4-5.

8   Plaintiff's statement is based on his first hand knowledge of his

9   perception of events and his conduct and describes his conduct.

10  The foundation is based on plaintiff's observation and perception

11  of events and existing circumstances and on plaintiff's

12  employment experience with BART as stated in plaintiff's

13  declaration.

14      31.   Plaintiff opposes the defendant's objections to his

15  statement and request to strike at paragraph 49, pg.7:10-13.

16  Plaintiff's statement is based on his first hand knowledge of his

17  perception of events and his conduct and describes his conduct.

18  It explains plaintiff's conduct and state of mind.  The

19  foundation is based on plaintiff's observation and perception of

20  events and existing circumstances and on plaintiff's employment

21  experience with BART as stated in plaintiff's declaration.

22      32.   Plaintiff opposes the defendant's objections to his

23  statement and request to strike at paragraph 50, pg.7:14-22.

24  Plaintiff's statement is based on his first hand knowledge of his

25  perception of events, his conduct and BART's conduct and it

26  describes his conduct and BART's conduct.  His statement provides

27  information to explain plaintiff's conduct and state of mind.

28

1    The statement contains party admissions.  The foundation is based

2    on plaintiff's observation and perception of events and existing

3    circumstances and on plaintiff's employment experience with BART

4    as stated in plaintiff's declaration.

5        33.  Plaintiff opposes the defendant's objections to his

6    statement and request to strike at paragraph 51, pg.7:23-26.

7    Plaintiff's statement is based on his first hand knowledge of his

8    perception of events and BART's conduct.  It provides information

9    to explain plaintiff's conduct and state of mind.  The statement

10   contains party admissions.  The foundation is based on

11   plaintiff's observation and perception of events and existing

12   circumstances and on plaintiff's employment experience with BART

13   as stated in plaintiff's declaration.  Also, the arbitrator found

14   that BART terminated plaintiff's employment without just cause.

15   Please state Exhibit 8 of Declaration of Michael C. Cohen.

16       34.  Plaintiff opposes the defendant's objections to his

17   statement and request to strike at paragraph 52, pg.7:27;pg.8:1.

18   Plaintiff's statement is based on his first hand knowledge of his

19   perception of events and BART's conduct toward plaintiff.

20   The foundation is based on plaintiff's observation and perception

21   of events and existing circumstances and on plaintiff's

22   employment experience with BART as stated in plaintiff's

23   declaration.

24       35.  Plaintiff opposes the defendant's objections to his

25   statement and request to strike at paragraph 53, pg.86:2-4.

26   Plaintiff's statement is based on his first hand knowledge of his

27   perception of events and his conduct and describes his conduct

28

1  and his perception of his ability to perform his job based on his

2  knowledge of the essential duties of his job and his knowledge of

3  his physical and mental state of mind.  The foundation is based

4  on plaintiff's observation and perception of events and existing

5  circumstances and on plaintiff's employment experience with BART

6  as stated in plaintiff's declaration.

7      36.  Plaintiff opposes the defendant's objections to his

8  statement and request to strike at paragraph 54, pg.8:5-7.

9  Plaintiff's statement is based on his first hand knowledge of his

10 perception of events and his conduct and describes his conduct.

11 It provides information to explain plaintiff's conduct and state

12 of mind.  The foundation is based on plaintiff's observation and

13 perception of events and existing circumstances and on

14 plaintiff's employment experience with BART as stated in

15 plaintiff's declaration.

16     37.  Plaintiff opposes the defendant's objections to his

17 statement and request to strike at paragraph 55, pg.8:8-10.

18 Plaintiff's statement is based on his first hand knowledge of his

19 perception of events and his conduct and describes his conduct.

20 The foundation is based on plaintiff's observation and perception

21 of events and existing circumstances and on plaintiff's

22 employment experience with BART as stated in plaintiff's

23 declaration.

24     38.  Plaintiff opposes the defendant's objections to his

25 statement and request to strike at paragraph 56, pg.8:11-13.

26 Plaintiff's statement is based on his first hand knowledge of his

27 perception of events and circumstances and describes the existing

28

1   circumstances.  The foundation is based on plaintiff's

2   observation and perception of events and existing circumstances

3   and on plaintiff's employment experience with BART as stated in

4   plaintiff's declaration.

5       39.  Plaintiff opposes the defendant's objections to his

6   statement and request to strike at paragraph 57, pg.8:14-19.

7   Plaintiff's statement is based on his first hand knowledge of his

8   perception of events and his conduct and describes his conduct.

9   It provides information to explain plaintiff's conduct and state

10  of mind.  The statement contains party admissions.

11  The foundation is based on plaintiff's observation and perception

12  of events and existing circumstances and on plaintiff's

13  employment experience with BART as stated in plaintiff's

14  declaration.

15      40.  Plaintiff opposes the defendant's objections to his

16  statement and request to strike at paragraph 58, pg.8:20-22.

17  Plaintiff's statement is based on his first hand knowledge of his

18  perception of events and his conduct and describes his conduct.

19  It provides information to explain plaintiff's conduct and state

20  of mind.  The statement contains party admissions.  The

21  foundation is based on plaintiff's observation and perception of

22  events and existing circumstances and on plaintiff's employment

23  experience with BART as stated in plaintiff's declaration.

24      41.  Plaintiff opposes the defendant's objections to his

25  statement and request to strike at paragraph 60, pg.8:26;pg.9:1.

26  Plaintiff's statement is based on his first hand knowledge of his

27  perception of events and his conduct and describes his conduct.

28

1   It provides information to explain plaintiff's conduct and state

2   of mind.  The statement contains party admissions.  The

3   foundation is based on plaintiff's observation and perception of

4   events and existing circumstances and on plaintiff's employment

5   experience with BART as stated in plaintiff's declaration.

6        42.  Plaintiff opposes the defendant's objections to his

7   statement and request to strike at paragraph 61, pg.9:2-6.

8   Plaintiff's statement is based on his first hand knowledge of his

9   perception of events and his conduct and describes his conduct.

10  It provides information to explain plaintiff's conduct and state

11  of mind.  The statement contains party admissions.  The

12  foundation is based on plaintiff's observation and perception of

13  events and existing circumstances and on plaintiff's employment

14  experience with BART as stated in plaintiff's declaration.

15       43.  Plaintiff opposes the defendant's objections to his

16  statement and request to strike at paragraph 62, pg.9:7-10.

17  Plaintiff's statement is based on his first hand knowledge of his

18  perception of events and his conduct and describes his conduct.

19  It provides information to explain plaintiff's conduct and state

20  of mind.  The statement contains party admissions.  The

21  foundation is based on plaintiff's observation and perception of

22  events and existing circumstances and on plaintiff's employment

23  experience with BART as stated in plaintiff's declaration.

24       44.  Plaintiff opposes the defendant's objections to his

25  statement and request to strike at paragraph 63, pg.9:11-13.

26  Plaintiff's statement is based on his first hand knowledge of his

27  perception of events and his conduct and describes his conduct.

28  Pl's. Opposition to def's. objections    -16-

1   It provides information to explain plaintiff's conduct and state
2   of mind.  The statement contains party admissions.  The
3   foundation is based on plaintiff's observation and perception of
4   events and existing circumstances and on plaintiff's employment
5   experience with BART as stated in plaintiff's declaration.

6       45.  Plaintiff opposes the defendant's objections to his
7   statement and request to strike at paragraph 64, pg.9:14-15.
8   Plaintiff's statement is based on his first hand knowledge of his
9   perception of events and defendant's.  The statement contains
10  party admissions.  The foundation is based on plaintiff's
11  observation and perception of events and existing circumstances
12  and on plaintiff's employment experience with BART as stated in
13  plaintiff's declaration.

14      46.  Plaintiff opposes the defendant's objections to his
15  statement and request to strike at paragraph 65, pg.9:16-17.
16  Plaintiff's statement is based on his first hand knowledge of his
17  perception of events and defendant's conduct.  The foundation is
18  based on plaintiff's observation and perception of events and
19  existing circumstances and on plaintiff's employment experience
20  with BART as stated in plaintiff's declaration.

21      47.  Plaintiff opposes the defendant's objections to his
22  statement and request to strike at paragraph 66, pg.9:18-19.
23  Plaintiff's statement is based on his first hand knowledge of his
24  perception of events and his conduct and describes his conduct.
25  It describes defendant's conduct.  The foundation is based on
26  plaintiff's observation and perception of events and existing
27  circumstances and on plaintiff's employment experience with BART

28  Pl's. Opposition to def's. objections    -17-

1  as stated in plaintiff's declaration.

2      48.  Plaintiff opposes the defendant's objections to his

3  statement and request to strike at paragraph 67, pg.9:20-24.

4  Plaintiff's statement is based on his first hand knowledge of his

5  perception of events and then existing circumstances and his

6  observation of his photograph and where it existed and the

7  caption on the photograph that he observed.  It describes

8  defendant's conduct.  The statement is a party admissions.  The

9  foundation is based on plaintiff's observation as is implicit and

10  explicit in the statement.

11     49.  Plaintiff opposes the defendant's objections to his

12  statement and request to strike at paragraph 68, pg.9:25-27.

13  Plaintiff's statement is based on his first hand knowledge of his

14  perception of events and describes BART's conduct.  The

15  foundation is self evident.

16     50.  Plaintiff opposes the defendant's objections to his

17  statement and request to strike at paragraph 69, pg.10:12-16.

18  Plaintiff's statement is based on his first hand knowledge of his

19  perception of events and BART's conduct and describes BART's

20  conduct.  The foundation is based on BART's statements to

21  plaintiff as stated in plaintiff's declaration.

22     51.  Plaintiff opposes the defendant's objections to his

23  statement and request to strike at paragraph 70, pg.10:3-6.

24  Plaintiff's statement is based on his first hand knowledge of his

25  perception of events and BART's conduct and describes BART's

26  conduct.  The statement contains party admissions.  The

27  foundation is based on plaintiff's employment experience with

28  Pl's. Opposition to def's. objections    -18-

1  BART as stated in his declaration.

2      52.  Plaintiff opposes the defendant's objections to his

3  statement and request to strike at paragraph 71, pg.10:7-10.

4  Plaintiff's statement is based on his first hand knowledge of his

5  perception of events and BART's conduct and describes BART's

6  conduct.  The statement contains party admissions.  The

7  foundation is based on plaintiff's observation and perception of

8  events and existing circumstances and on plaintiff's employment

9  experience with BART as stated in plaintiff's declaration.

10     53.  Plaintiff opposes the defendant's objections to his

11 statement and request to strike at paragraph 75, pg.11:1-5.

12 Plaintiff's statement is based on his first hand knowledge of his

13 perception of events and circumstances and the arbitrator's

14 decision.  It describes BART's conduct.  The foundation is based

15 plaintiff's first hand knowledge, his experience working for BART

16 as stated in his declaration and on the arbitrator's decision

17 which is marked Exhibit 8 and attached to the Declaration of

18 Michael C. Cohen

19     54.  Plaintiff opposes the defendant's objections to his

20 statement and request to strike at paragraph 77, pg.11:8-10.

21 Plaintiff's statement is based on his first hand knowledge of his

22 perception of events and circumstances existing at the time. His

23 conduct and describes the events and circumstances he observed.

24 The statement contains party admissions.  The foundation is based

25 on plaintiff's observations and his employment experience with

26 BART as stated in his declaration.

27     55.  Plaintiff opposes the defendant's objections to his

28 Pl's. Opposition to def's. objections    -19-

1  statement and request to strike at paragraph 78, pg.11:11-14.

2  Plaintiff's statement is based on his first hand knowledge of his

3  perception of events and circumstances and describes the exhibit

4  attached to his declaration.  It provides information to identify

5  the exhibit attached to his declaration.  The statement contains

6  party admissions.  The foundation is based on plaintiff's first

7  hand observations and his employment experience with BART as

8  stated in his declaration.

9      56.  Plaintiff opposes the defendant's objections to his

10  statement and request to strike at paragraph 80, pg.11:17-20.

11  Plaintiff's statement is based on his first hand knowledge of his

12  perception of events and circumstances and describes the events

13  and circumstances and describes his perception of BART's conduct.

14  The foundation is based on his first hand knowledge and on his

15  employment experience with BART.

16      57.  Plaintiff opposes the defendant's objections to his

17  statement and request to strike at paragraph 81, pg.11:21-22.

18  Plaintiff's statement is based on his first hand knowledge of his

19  perception of events and his conduct and describes his conduct.

20  The foundation is based on his first hand knowledge of his

21  actions and his experience working for BART as stated in his

22  declaration.

23      58.  Plaintiff opposes the defendant's objections to his

24  statement and request to strike at paragraph 82, pg.11:23-16.

25  Plaintiff's statement is based on his first hand knowledge of his

26  perception of events and his conduct and describes his conduct.

27  It provides information to explain plaintiff's conduct and state

28  Pl's. Opposition to def's. objections    -20-

1   of mind.  The statement contains party admissions.  The

2   foundation is self evident.

3       59.  Plaintiff opposes the defendant's objections to his

4   statement and request to strike at paragraph 83, pg.11:26-

5   27;pg12:1-2. Plaintiff's statement is based on his first hand

6   knowledge of his perception of events and his conduct and

7   describes his conduct. The statement describes plaintiff's

8   conduct.  The foundation is based on plaintiff's personal

9   knowledge and his employment experience with BART as stated in

10  his declaration.

11      60.  Plaintiff opposes the defendant's objections to his

12  statement and request to strike at paragraph 84, pg.12:3-6.

13  Plaintiff's statement is based on his first hand knowledge of his

14  perception of events and circumstances existing at that time.  It

15  describes plaintiff's conduct and describes BART's conduct.  The

16  foundation is based on plaintiff's first hand knowledge and his

17  experience working for BART.

18      61.  Plaintiff opposes the defendant's objections to his

19  statement and request to strike at paragraph 85, pg.12:7-11.

20  Plaintiff's statement is based on his first hand knowledge of his

21  perception of events and circumstances existing at that time and

22  his conduct and describes his conduct.  The foundation is based

23  on plaintiff's first hand knowledge and his employment experience

24  with BART as stated in his declaration.

25      62.  Plaintiff opposes the defendant's objections to his

26  statement and request to strike at paragraph 86, pg.12:12-15.

27  Plaintiff's statement is based on his first hand knowledge of his

28  Pl's. Opposition to def's. objections     -21-

1   perception of events and circumstances that he observed and

2   describes BART"s conduct toward plaintiff.  The foundation is

3   based on plaintiff's first hand knowledge and on his employment

4   experience as stated in his declaration.

5       63.  Plaintiff opposes the defendant's objections to his

6   statement and request to strike at paragraph 88, pg.12:20-22.

7   Plaintiff's statement is based on his first hand knowledge of his

8   perception of events and circumstances existing at that time.  It

9   describes his observation and perception of BART's conduct and

10  practice.  The foundation is based on plaintiff's first hand

11  knowledge and his employment experience with BART as stated in

12  his declaration.

13      64.  Plaintiff opposes the defendant's objections to his

14  statement and request to strike at paragraph 88, pg. 12:20-22.

15  Plaintiff's statement is based on his first hand knowledge of his

16  perception of events and circumstances existing. It describes

17  BART's conduct.  The foundation is based on plaintiff's first

18  hand knowledge and his employment experience as stated in his

19  declaration.

20      65.  Plaintiff opposes the defendant's objections to his

21  statement and request to strike at paragraph 89, pg.12:23-26.

22  Plaintiff's statement is based on his first hand knowledge of his

23  perception of events and circumstances existing at that time.  It

24  describes his observation of BART's conduct.  The foundation is

25  based on plaintiff's first hand knowledge and his employment

26  experience with BART as stated in his declaration.

27      66.  Plaintiff opposes the defendant's objections to his

28

1  statement and request to strike at paragraph 90,

2  pg.12:27,pg.13:1-3.  Plaintiff's statement is based on his first

3  hand knowledge of his perception of events and circumstance

4  existing at that time.  It describes his observation of BART's

5  conduct.  The foundation is based on plaintiff's first hand

6  knowledge and his employment experience with BART as stated in

7  his declaration.

8       67.  Plaintiff opposes the defendant's objections to his

9  statement and request to strike at paragraph 91, pg.13:4-5.

10 Plaintiff's statement is based on his first hand knowledge of his

11 perception of events and circumstances existing at that time.

12 The statement describes the existing facts.  The foundation is

13 based on plaintiff's first hand knowledge and plaintiff's

14 employment experience with BART.

15      68.  Plaintiff opposes the defendant's objections to his

16 statement and request to strike at paragraph 92, pg.13:6-9.

17 Plaintiff's statement is based on his first hand knowledge of his

18 perception of events and existing circumstances. It describes

19 BART's conduct.  The foundation is based on plaintiff's first

20 hand knowledge and his employment experience with BART.

21      69.  Plaintiff opposes the defendant's objections to his

22 statement and request to strike at paragraph 93, pg.13:10-12.

23 Plaintiff's statement is based on his first hand knowledge of his

24 perception of events and existing circumstances.  It describes

25 BART's conduct.  The foundation is based on plaintiff's first

26 hand knowledge and plaintiff's employment experience.

27      70.  Plaintiff opposes the defendant's objections to his

28 Pl's. Opposition to def's. objections    -23-

1  statement and request to strike at paragraph 94, pg.13:10-12.

2  Plaintiff's statement is based on his first hand knowledge of his

3  perception of events and existing circumstances.  It describes

4  his conduct and describes BART's conduct.  The foundation is

5  based on plaintiff's first hand knowledge and plaintiff's

6  employment experience with BART.

7      71.  Plaintiff opposes the defendant's objections to his

8  statement and request to strike at paragraph 95,pg.13:17-22.

9  Plaintiff's statement is based on his first hand knowledge of his

10  perception of events and existing circumstances and his conduct.

11  It describes plaintiff's conduct.  The foundation is based on his

12  first hand knowledge of his own conduct.

13      72.  Plaintiff opposes the defendant's objections to his

14  statement and request to strike at paragraph 96, pg.13:23-27.

15  Plaintiff's statement is based on his first hand knowledge of his

16  perception of events and existing circumstances and his conduct

17  It describes plaintiff's conduct.  The foundation is based on his

18  first hand knowledge of his own conduct.

19      73.  Plaintiff opposes the defendant's objections to his

20  statement and request to strike at paragraph 99, pg.14:7-9.

21  Plaintiff's statement is based on his first hand knowledge of his

22  perception of events and existing circumstances.  It describes

23  BART's conduct.  The foundation is based on plaintiff's first

24  hand knowledge and plaintiff's employment experience with BART as

25  stated in his declaration.

26      74.  Plaintiff opposes the defendant's objections to his

27  statement and request to strike at paragraph 100, pg.14:10-14.

28

1   Plaintiff's statement is based on his first hand knowledge of his
2   perception of events and existing circumstances.  It describes
3   BART's conduct.  The foundation is based on plaintiff's first
4   hand knowledge and plaintiff's employment experience with BART as
5   stated in his declaration.

6       75.  Plaintiff opposes the defendant's objections to his
7   statement and request to strike at paragraph 101, pg.14:15-17.
8   Plaintiff's statement is based on his first hand knowledge of his
9   perception of events and existing circumstances.  It describes
10  BART's conduct and describes the existing work environment
11  perceived by plaintiff.  The foundation is based on plaintiff's
12  first hand knowledge and observations, and plaintiff's employment
13  experience with BART as stated in his declaration.

14      76.  Plaintiff opposes the defendant's objections to his
15  statement and request to strike at paragraph 102, pg.14:18-22.
16  Plaintiff's statement is based on his first hand knowledge of his
17  perception of events and existing circumstances.  It describes
18  BART's conduct.  The foundation is based on plaintiff's personal
19  knowledge and observations and on his employment experience with
20  BART as stated in his declaration.

21      77.  Plaintiff opposes the defendant's objections to his
22  statement and request to strike at paragraph 103, pg.14:23-24.
23  Plaintiff's statement is based on his first hand knowledge of his
24  perception of events and existing circumstances.  It describes
25  the effect of BART's conduct plaintiff and describes plaintiff's
26  state of mind and feelings and the relationship of his state of
27  mind and feelings and BART's conduct.  The foundation is based on
28  Pl's. Opposition to def's. objections   -25-

1   plaintiff's first hand knowledge and observations and perceptions
2   and his employment experience with BART as stated in his
3   declaration.

4        78.  Plaintiff opposes the defendant's objections to his
5   statement and request to strike at paragraph 104, pg.14:25-27.
6   Plaintiff's statement is based on his first hand knowledge of his
7   perception of events and existing circumstances.  It describes
8   BART's conduct and describes plaintiff's perception of BART's
9   conduct and the circumstances in which BART's conduct occurred.
10  The foundation is based on plaintiff's first hand knowledge and
11  observations and perceptions and his employment experience with
12  BART as stated in his declaration.

13       79.  Plaintiff opposes the defendant's objections to his
14  statement and request to strike at paragraph 105, pg.15:20-
15  27;pg.16:1.  Plaintiff's statement is based on plaintiff's first
16  hand knowledge of his perception of events and existing
17  circumstances.  It describes BART's conduct.  The foundation is
18  based on plaintiff's observations and his employment experience
19  with BART as stated in his declaration.

20       80.  Plaintiff opposes the defendant's objections to his
21  statement and request to strike at paragraph 106, pg.16:2-3.
22  Plaintiff's statement is based on his first hand knowledge of his
23  perception of events and existing circumstances and conduct. It
24  describes plaintiff's conduct.  The foundation is based on
25  plaintiff's first hand knowledge and observations of events anc
26  existing circumstances and his own conduct.

27       81.  Plaintiff opposes the defendant's objections to his
28  Pl's. Opposition to def's. objections    -26-

1   statement and request to strike at paragraph 107, pg.16:4-8.

2   Plaintiff's statement is based on his first hand knowledge of his

3   perception of events and existing circumstances, and plaintiff's

4   conduct.  It describes plaintiff's conduct.  The foundation is

5   based on plaintiff's first hand knowledge, observation and

6   perception of events and existing circumstances and his own

7   conduct.

8       82.  Plaintiff opposes the defendant's objections to his

9   statement and request to strike at paragraph 108, pg.16:9-11.

10  Plaintiff's statement is based on his first hand knowledge of his

11  perception of events and existing circumstances and plaintiff's

12  state of mind.  The foundation is based on plaintiff's personal

13  observations, perceptions and state of mind.

14      83.  Plaintiff opposes the defendant's objections to his

15  statement and request to strike at paragraph 109, pg.16:12-16.

16  Plaintiff's statement is based on his first hand knowledge of his

17  perception of events and existing circumstances and plaintiff's

18  state of mind.  The foundation is based on plaintiff's personal

19  observations, perceptions and state of mind.

20      84.  Plaintiff opposes the defendant's objections to his

21  statement and request to strike at paragraph 110, pg.16:17-24.

22  Plaintiff's statement is based on his first hand knowledge of his

23  perception of events and existing circumstances and describes

24  BART's conduct.  The foundation is based on plaintiff's

25  ///////

26  ///////

27  ///////

28  Pl's. Opposition to def's. objections   -27-

1    observation and perception of events and existing circumstances.

2

3    Date: July 1, 2008              LAW OFFICES OF MICHAEL C. COHEN

4

5                                   _____
                                    Michael C. Cohen, Attorney
6                                   for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Pl's. Opposition to def's. objections    -28-