IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL MELKER,

        Plaintiff,

  v.

SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,

        Defendant.

                                            /

No. CV-07-3762 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Defendant's motion for summary judgment is hereby GRANTED in part; specifically, defendant shall have judgment in its favor as against plaintiff on the Second Cause of Action;

2. To the extent defendant's motion for summary judgment seeks judgment in its favor on the First Cause of Action, the motion is DENIED without prejudice; and

3. The First Cause of Action is hereby REMANDED to the Superior Court of California, in and for the County of Alameda.

Dated: July 21, 2008                                      Richard W. Wieking, Clerk

                                                                                 By: Tracy Lucero
Deputy Clerk