**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 21, 2008

Alameda County Superior Court
1225 Fallon Street, Room 105
Oakland CA 94612

RE:  CV 07-03762 MMC   PAUL MELKER-v-SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
         Your Case Number: (44611001008)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (✔)    Certified copies of docket entries

    (✔)    Certified copies of Remand Order

    (  )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg