UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 21, 2008

Alameda County Superior Court
1225 Fallon Street, Room 105
Oakland CA 94612

RE: CV 07-03762 MMC   PAUL MELKER-v-SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
    Your Case Number: (446I1001008)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- (✔) Certified copies of docket entries
- (✔) Certified copies of Remand Order
- ( ) Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

By: Sheila Rush
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg